UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:17 CR 276-006 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| RONALD C. GILBERT, | ) ) ) | **ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg regarding the change of plea hearing of Ronald C. Gilbert, which was referred to the Magistrate Judge with the consent of the parties.

On July 19, 2017, the Government filed a 35 count Indictment, charging Defendant, Ronald C Gilbert, in counts 1, 25, and 29, with Conspiracy to Possess with Intent to Distribute and Distribute Heroin in violation of Title 21 U.S.C. 846, Use of a Telephone to Further Drug Trafficking in violation of Title 21 U.S.C. § 843(b) and 18 U.S.C. § 2. Defendant Gilbert was arraigned on August 17, 2017, and entered a plea of not guilty to Counts 1, 25 and 29 before Magistrate Judge George J. Limbert. On February 12, 2018, Magistrate Judge Jonathan D. Greenberg received Defendant Gilbert's plea of guilty to Count 1, of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding

of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On *de novo* review of the record, the Magistrate Judge's R&R is hereby adopted. Defendant Newell Spann is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is hereby approved.

Therefore, Defendant Gilbert is adjudged guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. 846, Conspiracy to Possess with Intent to Distribute and Distribute Heroin . This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation report. Sentencing will be held on May 22, 2018 at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 24, 2018